AO 245B   (Rev. 11/16) Judgment in Criminal Case
          Sheet 2 — Imprisonment

Judgment — Page 7

**FILED IN THE U.S. DISTRICT COURT EASTERN DISTRICT OF WASHINGTON**
**JAN 11 2019**
SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

DEFENDANT: DELBERT DANIEL GEORGE
CASE NUMBER: 2:18-CR-00043-SAB-1

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of: 6 month(s)

To be served consecutive to the terms imposed in 3:13-CR-00198-BLW-001 (Idaho) and 2:14-CR-00093-BLW-001 (Idaho).

☑ The court makes the following recommendations to the Bureau of Prisons:

That the Defendant: (1) be designated to the SeaTac, Washington facility for the purpose of family visitation; and (2) be allowed to participate with the Native American Spiritual Leader.

☑ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

  ☐ at _____ ☐ a.m. ☐ p.m. on _____ .

  ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

  ☐ before 2 p.m. on _____ .

  ☐ as notified by the United States Marshal.

  ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on __08-08-2018__ to __FCI Sheridan__ at __Sheridan, OR__ , with a certified copy of this judgment.

__D. Vanaken,__ 9/5/18
UNITED STATES MARSHAL   CSO

By __L. Pauly__
DEPUTY UNITED STATES MARSHAL   CMC

AO 245B    (Rev 11/16) Judgment in a Criminal Case
Sheet 1    Revised by WAED - 02/17

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 13, 2018
SEAN F. MCAVOY, CLERK

# UNITED STATES DISTRICT COURT
## Eastern District of Washington

UNITED STATES OF AMERICA
v.
DELBERT DANIEL GEORGE

**JUDGMENT IN A CRIMINAL CASE**

Case Number:    2:18-CR-00043-SAB-1
USM Number:    15504-023

John Barto McEntire, IV
Defendant's Attorney

**THE DEFENDANT:**

☑ pleaded guilty to count(s)    1 of the Indictment

☐ pleaded nolo contendere to count(s)
which was accepted by the court.

☐ was found guilty on count(s)
after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18 U.S.C. § 751(a) and 4082(a) | Escape from Custody | 03/08/18 | 1 |

The defendant is sentenced as provided in pages 2 through ___7___ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s)

☐ Count(s) _____  ☐ is  ☐ are  dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

7/12/2018
Date of Imposition of Judgment

*Stanley A. Bastian*
Signature of Judge

The Honorable Stanley A. Bastian    Judge, U.S. District Court
Name and Title of Judge

7/13/2018
Date